

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-20-00735-CV

Style:     Fastracked Executive, LLC Fastracked Executive Services, LLC and Rina Hartline v. Prevost Car (US), Inc, Volvo Bus Corporation Carl Boulet, Carl Stevens, Larry Eugene Smith, Joe Doe and Bubba Bruning

Trial Court Case Number:     2017-33764-A

Trial Court:     55th District Court of Harris County

Type of Motion:     Objection to Mediation

Party Filing Motion:     Appellee

Appellee has objected to mediation. The Court's mediation order dated November 13, 2020 is withdrawn.

Judge's signature: /s/ Gordon Goodman
                    Acting individually

Date:  December 2, 2020

---

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).